(113 So. 479)

### MOORE v. STATE. (8 Div. 546.)

Court of Appeals of Alabama. June 7, 1927.

Rehearing Denied June 30, 1927.

J. G. Rankin, of Athens, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

No briefs reached the Reporter.

RICE, J. The record in this case does not show a verdict of guilty to have been returned by the jury trying same in the court below. There was, therefore, nothing upon which to predicate an adjudication of appellant's guilt, and the judgment appealed from is reversed, and the cause remanded.

Reversed and remanded.